UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| KEEGAN ALLAN STRELNIK,<br><br>　　　　　　　　　　Petitioner,<br><br>　vs.<br><br>WARDEN BENNETT,<br><br>　　　　　　　　　　Respondent. | 4:21-CV-04070-KES<br><br><br>ORDER |

Petitioner, Keegan Allan Strelnik, an inmate at the Yankton Federal Prison Camp, in Yankton, South Dakota, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Accordingly,

IT IS ORDERED that:

(1) the Clerk of Court shall serve upon respondent a copy of the petition and this order;

(2) within 21 days after service, respondent is directed to show cause why a writ pursuant to 28 U.S.C. § 2241 should not be granted;

(3) petitioner may file a reply within 14 days of service of the respondent's response; and

(4) petitioner's motion to proceed in forma (Doc. 2) is granted and he shall pay the $5.00 filing fee to the clerk of court by May 19, 2021.

DATED this 19th day of April, 2021.

BY THE COURT:

*/s/ Veronica L. Duffy*
VERONICA L. DUFFY
United States Magistrate Judge